| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Jeffrey B. Isaacs (SBN 117104); Jerome H. Friedberg (SBN 125663); William Wargo (SBN 189987)<br>Isaacs \| Friedberg LLP<br>555 South Flower Street, Suite 4250<br>Los Angeles, California 90071<br>Phone: (213) 919-5550;<br>Email: jisaacs@ifcounsel.com; jfriedberg@ifcounsel.com; wwargo@ifcounsel.com<br><br>ATTORNEY(S) FOR: Plaintiffs Jack Doe and Jill Doe | |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK DOE AND JILL DOE,<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendant(s) | CASE NUMBER:<br><br>2:21-cv-05695<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  _Plaintiffs Jack Doe and Jill Doe_
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Kristi Koons Johnson | Defendant |
| Justin Palmerton | Defendant |
| Kathryn E. Bailey Dress | Defendant |
| Dezmond Beverly | Defendant |
| Jessie Murray | Defendant |

July 14, 2021                                               _[signature]_
Date                                                              Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs Jack Doe and Jill Doe