Jeffrey B. Isaacs (SBN 117104)
Jerome H. Friedberg (SBN 125663)
William Wargo (SBN 189987)
**ISAACS | FRIEDBERG LLP**
555 South Flower Street, Suite 4250
Los Angeles, California 90071
Phone:       (213) 929-5550
Facsimile:   (213) 955-5794
Email:    *jisaacs@ifcounsel.com*
          *jfriedberg@ifcounsel.com*
          *wwargo@ifcounsel.com*

*Attorneys for Plaintiffs Jack Doe and Jill Doe*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACK DOE AND JILL DOE,**<br><br>        Plaintiffs,<br><br>    vs.<br><br>**UNITED STATES OF AMERICA**, et al.<br><br>        Defendants. | Case No. 2:21-cv-05695<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT UNITED STATES OF AMERICA (BY CERTIFIED MAIL SERVICE)**<br><br>Assigned to Hon. R. Gary Klausner<br><br>Complaint Filed:   July 14, 2021 |

1. I, Deanna Noe, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled case. I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

2. Pursuant to Fed. R. Civ. P. 4, on July 27, 2021, I caused to be served a true copy of the following listed documents in the manner and on the parties listed and described below:

**A.  List of Documents Served:**

(a) Complaint For: (1) Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g); (2) Damages Pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971); (3) Declaratory Relief; and (4) Order Requiring Disclosure of Supporting Affidavit and Inventory (Dkt. No. 1);

(b) Civil Case Cover (Dkt. No. 2);

(c) Notice of Interested Parties (Dkt. No. 3);

(d) Certification and Notice of Related Cases (Dkt. No. 4);

(e) Request to Issue Civil Summons to Defendant United States of America (Dkt. No. 5);

(f) Request to Issue Civil Summons to Defendant Tracy Wilkison (Dkt. No. 6);

(g) Request to Issue Civil Summons to Defendant Kristi Koons Johnson (in her official and individual capacities) (Dkt. No. 7);

(h) Notice of Assignment to United States Judge Otis D. Wright, II (Dkt. No. 8);

(i) Notice of Parties of Court-Directed ADR Program (Dkt. No. 9);

(j) Notice to Counsel re Consent to Proceed Before a United States Magistrate Judge (Dkt. No. 10);

(k) Summons Issued (60 Days) – United States of America (Dkt. No. 11);

|   |   |   |   |
|---|---|---|---|
| 1 |   | (l) | Summons Issued (60 Days) –Tracy Wilkison (Dkt. No. 12); |
| 2 |   | (m) | Summons Issued (60 Days) – Kristi Koons Johnson (official and individual capacities) (Dkt. No. 13); |
| 4 |   | (n) | Minute Order (In Chambers) re Assignment of Judge Otis D. Wright (Dkt. No. 14); |
| 6 |   | (o) | Order re Transfer Pursuant to General Order 21-01 (Related Cases) (Dkt. No. 15); and |
| 8 |   | (p) | Standing Order re Newly Assigned Cases (Dkt. No. 16). |
| 9 | **B.** | **Manner of Service**. I caused the documents listed in paragraph 2.A. above to be served via CERTIFIED MAIL by arranging to have our attorney service, First Legal, place a true copy thereof in two separate sealed envelopes addressed to the parties listed in paragraph 2.C. below, and personally depositing same with the U.S. Postal Service office located in Los Angeles, California, with postage thereon fully prepaid. First Legal provided executed Proofs of Service, which are attached hereto as **Exhibit A** and **Exhibit B**. |
| 16 | **C.** | **Party Served:** UNITED STATES OF AMERICA – the documents listed in paragraph 2.A. above were enclosed in two separate sealed envelopes on the date indicated above and addressed as follows: |

UNITED STATES OF AMERICA
Civil Process Clerk
United States Attorney's Office
300 N. Los Angeles Street, Suite 7516
Los Angeles, California 90012

UNITED STATES ATTORNEY GENERAL
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530-0001

//
//
//
//

3
**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT UNITED STATES OF AMERICA (BY CERTIFIED MAIL SERVICE)**

494463.1

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 30, 2021, at Los Angeles, California.

_____
Deanna Noe

Exhibit A

| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Jerome H. Friedberg (SBN: 125663)<br>ISAACS \| FRIEDBERG LLP<br>555 South Flower Street, Suite 4250<br>Los Angeles, California, 90071<br>*Telephone No:* 213-929-5550<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:* | **For Court Use Only** |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

*Plaintiff:* JACK DOE AND JILL DOE,
*Defendant:* UNITED STATES OF AMERICA; TRACY L. WILKINSON, in her official capacity only; et al.

| PROOF OF SERVICE<br>By Certified Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:21-cv-05695-RGK-MAR |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Notice of Related Case; Notice of Assignment to United States Judges; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice to Parties of Court-Directed ADR Program; Civil Minutes - General; Order re Transfer Pursuant to General Order 21-01 (Related Cases); Standing Order Regarding Newly Assigned Cases

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **Certified** mail with postage prepaid as follows:
   a. Certified Mail Receipt #: 7018 1130 0001 5960 3683
   b. Date of Mailing: Tue, Jul 27, 2021
   c. Place of Mailing: MONTEREY PARK, CA
   d. Addressed as follows: UNITED STATES OF AMERICA c/o Civil Process Clerk
      300 N. Los Angeles Street, Suite 7516, Los Angeles, CA 90012

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue, Jul 27, 2021 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. Thomas Tilcock
   **b. FIRST LEGAL**
      2501 DAVIDSON DRIVE
      3RD FLOOR
      MONTEREY PARK, CA 91754
   c. (213) 250-1111

   d. **The Fee** *for Service was:* $66.27
   e. I am: Not A Registered California Process Server

6. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

07/28/2021
(Date)                                   (Signature)

| | | |
|---|---|---|
| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>BY CERTIFIED MAIL | 5940794<br>(4721755) |



# Exhibit B

| Attorney or Party without Attorney: <br> Jerome H. Friedberg (SBN: 125663) <br> ISAACS \| FRIEDBERG LLP <br> 555 South Flower Street, Suite 4250 <br> Los Angeles, California, 90071 <br> Telephone No: 213-929-5550 <br> Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA |
|---|

| Plaintiff: JACK DOE AND JILL DOE, <br> Defendant: UNITED STATES OF AMERICA; TRACY L. WILKINSON, in her official capacity only; et al. |
|---|

| PROOF OF SERVICE <br> By Certified Mail | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:21-cv-05695-RGK-MAR |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Notice of Related Case; Notice of Assignment to United States Judges; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice to Parties of Court-Directed ADR Program; Civil Minutes - General; Order re Transfer Pursuant to General Order 21-01 (Related Cases); Standing Order Regarding Newly Assigned Cases

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **Certified** mail with postage prepaid as follows:
   a. Certified Mail Receipt #: 7018 1130 0001 5960 3713
   b. Date of Mailing: Tue, Jul 27, 2021
   c. Place of Mailing: MONTEREY PARK, CA
   d. Addressed as follows: UNITED STATES ATTORNEY GENERAL
      U.S. Department of Justice
      950 Pennsylvania Avenue NW, Washington, DC 20530

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue, Jul 27, 2021 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. Thomas Tilcock
   b. FIRST LEGAL
      2501 DAVIDSON DRIVE
      3RD FLOOR
      MONTEREY PARK, CA 91754
   c. (213) 250-1111

   d. **The Fee** *for Service was:* $66.27
   e. I am: Not A Registered California Process Server

6. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

07/28/2021                                          *(signature)*
(Date)                                              (Signature)

| | Judicial Council Form <br> Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE <br> BY CERTIFIED MAIL | 5940783 <br> (4721745) |
|---|---|---|---|

