TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture/
General Crimes Sections
    1100/1400/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102/2569/1785
    Facsimile: (213) 894-6269/0142/0141
    E-mail: Andrew.Brown@usdoj.gov
         Victor.Rodgers@usdoj.gov
         Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA and
TRACY L. WILKISON AND KRISTI KOONS JOHNSON
IN THEIR OFFICIAL CAPACITY ONLY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JACK DOE AND JILL DOE,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>    Defendants. | Case No. 2:21-cv-05695-RGK-MAR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**<br><br>[Local Rule 8-3]<br><br>Complaint Served:<br>    July 27, 2021<br>Current response date:<br>    September 27, 2021<br>New response date:<br>    October 25, 2021 |

    Pursuant to Local Rule 8-3, plaintiffs Jack Doe and Jill Doe, on the one hand, and defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity only (collectively, "Defendant USA") and Kristi Koons Johnson ("Defendant Koons Johnson"), on the other hand, hereby stipulate and agree to

extend the time for Defendant USA and Defendant Koons Johnson to respond to the initial complaint served in this action.  The complaint was served on Defendant USA on July 27, 2021 and the government response thereto is due sixty days thereafter on September 27, 2021 pursuant to Fed. R. Civ. P. 12(a)(2).  The parties by this stipulation agree to hereby extend the time for thirty days, from September 27, 2021 to October 25, 2021, for Defendant USA and Defendant Koons Johnson to file their respective answers or other responsive documents to the complaint.

Dated: September 27, 2021     Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Defendants
UNITED STATES OF AMERICA and
TRACY L. WILKISON and KRISTI KOONS JOHNSON IN THEIR OFFICIAL CAPACITY ONLY

Dated: September 27, 2021     BRIAN M. BOYNTON
Acting Assistant Attorney General,
Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch, Civil Division

RICHARD MONTAGUE
Senior Trial Counsel, Torts Branch, Civil Division

_____/s/_____
JOSEPH A. GONZALEZ
Trial Attorney, Torts Branch, Civil Division

2

|   |   |
|---|---|
| | U.S. DEPARTMENT OF JUSTICE |
| | Ben Franklin Station |
| | P.O. Box 7146 |
| | Washington, D.C. 20044-714 |
| | (202) 598-3888 (phone) |
| | (202) 616-4314 (fax) |
| | joseph.a.gonzalez&usdoj.gov |
| | |
| | Attorneys for Defendant |
| | KRISTI KOONS JOHNSON IN HER INDIVIDUAL CAPACITY |
| Dated: September 27, 2021 | ISSACS FRIEDBERG LLP |
| | |
| | _____/s/_____ |
| | JEFFREY ISSACS |
| | WILLIAM WARGO |
| | |
| | Attorneys for Plaintiffs |
| | JACK DOE and JILL DOE |