1  Jeffrey B. Isaacs (SBN 117104)
   Jerome H. Friedberg (SBN 125663)
2  William Wargo (SBN 189987)
   **ISAACS | FRIEDBERG LLP**
3  555 South Flower Street, Suite 4250
   Los Angeles, California 90071
4  Phone:      (213) 929-5550
   Facsimile:  (213) 955-5794
5  Email:   *jisaacs@ifcounsel.com*
6           *jfriedberg@ifcounsel.com*
            *wwargo@ifcounsel.com*
7
   *Attorneys for Plaintiffs Jack Doe and Jill Doe*
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACK DOE AND JILL DOE,**<br><br>Plaintiffs,<br><br>vs.<br><br>**UNITED STATES OF AMERICA**, et al.<br><br>Defendants. | Case No. 2:21-cv-05695<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT KATHRYN E. BAILEY DRESS (BY EMAIL BY AGREEMENT)**<br><br>Assigned to Hon. R. Gary Klausner<br><br>Complaint Filed:   July 14, 2021 |

1. I, William A. Wargo, a member of the bar of this Court, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled case.

2. Pursuant to the agreement of Joseph Gonzalez, Trial Attorney at United States Department of Justice, who is accepting service on behalf of Defendant Kathryn E. Baily Dress, I served a true copy of the following listed documents in the manner and on the party listed and described below:

**A.** **List of Documents Served:**

(a) Complaint For: (1) Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g); (2) Damages Pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971); (3) Declaratory Relief; and (4) Order Requiring Disclosure of Supporting Affidavit and Inventory (Dkt. No. 1);

(b) Summons Issued (60 Days) — Kathryn E. Baily Dress (Dkt. No. 30);

**B.** **Manner of Service**. Pursuant to agreement with Joseph Gonzalez, Trial Attorney at United States Department of Justice, who is accepting service on behalf of Defendant Kathryn E. Baily Dress, I personally served the documents listed in paragraph 2.A. via EMAIL on Mr. Gonzalez at his email address of Joseph.A.Gonzalez@usdoj.gov.

**C.** **Party Served:** KATHRYN E. BAILEY DRESS– the documents listed in paragraph 2.A. above date indicated above and addressed as follows:

KATHRYN E. BAILEY DRESS (Individual Capacity)
c/o Joseph A. Gonzalez, Trial Attorney
Constitutional & Specialized Torts Litigation, Civil Division
U.S. Department of Justice
Joseph.A.Gonzalez@usdoj.gov

1 | I declare under penalty of perjury under the laws of the State of California
2 | and the laws of the United States that the foregoing is true and correct. Executed on
3 | October 25, 2021, at Los Angeles, California.

                             /s/ *William A. Wargo*
                             William A. Wargo

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT KATHRYN E. BAILEY DRESS (BY EMAIL BY AGREEMENT)**

494467.1