1  Jeffrey B. Isaacs (SBN 117104)
   Jerome H. Friedberg (SBN 125663)
2  William Wargo (SBN 189987)
   **ISAACS | FRIEDBERG LLP**
3  555 South Flower Street, Suite 4250
   Los Angeles, California 90071
4  Phone:      (213) 929-5550
   Facsimile:   (213) 955-5794
5  Email:     *jisaacs@ifcounsel.com*
6             *jfriedberg@ifcounsel.com*
              *wwargo@ifcounsel.com*
7
   *Attorneys for Plaintiffs Jack Doe and Jill Doe*
8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11 **JACK DOE AND JILL DOE,** | Case No. 2:21-cv-05695 |
| 12 Plaintiffs, | |
| 13 | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT JESSIE MURRAY (BY EMAIL BY AGREEMENT)** |
| 14 vs. | |
| 15 **UNITED STATES OF AMERICA,** et al. | |
| 16 | |
| 17 Defendants. | Assigned to Hon. R. Gary Klausner |
| 18 | |
| 19 | Complaint Filed:    July 14, 2021 |

20

21

22

23

24

25

26

27

28

1

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT
JESSIE MURRAY (BY EMAIL BY AGREEMENT)**

494467.1

1        1.    I, William A. Wargo, a member of the bar of this Court, certify and

2    declare that I am over the age of 18 years, employed in the County of Los Angeles,

3    State of California, and not a party to the above-entitled case.

4        2.    Pursuant to the agreement of Joseph Gonzalez, Trial Attorney at United

5    States Department of Justice, who is accepting service on behalf of Defendant Jessie

6    Murray, I served a true copy of the following listed documents in the manner and on

7    the party listed and described below:

8    **A.**    **List of Documents Served:**

9        (a)    Complaint For: (1) Return of Property Pursuant to Federal Rule of

10             Criminal Procedure 41(g); (2) Damages Pursuant to *Bivens v. Six*

11             *Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S.

12             388 (1971); (3) Declaratory Relief; and (4) Order Requiring Disclosure

13             of Supporting Affidavit and Inventory (Dkt. No. 1);

14       (b)    Summons Issued (60 Days) — Jessie Murray (Dkt. No. 28);

15   **B.**    **Manner of Service**.  Pursuant to agreement with Joseph Gonzalez, Trial

16       Attorney at United States Department of Justice, who is accepting service on

17       behalf of Defendant Jessie Murray, I personally served the documents listed in

18       paragraph 2.A. via EMAIL on Mr. Gonzalez at his email address of

19       Joseph.A.Gonzalez@usdoj.gov.

20   **C.**    **Party Served:**  JESSIE MURRAY– the documents listed in paragraph 2.A.

21       above date indicated above and addressed as follows:

22           JESSIE MURRAY (Individual Capacity)
            c/o Joseph A. Gonzalez, Trial Attorney

23           Constitutional & Specialized Torts Litigation, Civil Division
            U.S. Department of Justice

24           Joseph A.Gonzalez@usdoj.gov

25

26

27

28

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT JESSIE MURRAY (BY EMAIL BY AGREEMENT)**

494467.1

1   I declare under penalty of perjury under the laws of the State of California

2   and the laws of the United States that the foregoing is true and correct.  Executed on

3   October 25, 2021, at Los Angeles, California.

4

5

6   /s/ *William A. Wargo*
    William A. Wargo

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT JESSIE
MURRAY (BY EMAIL BY AGREEMENT)**

494467.1