Jeffrey B. Isaacs (SBN 117104)
Jerome H. Friedberg (SBN 125663)
William Wargo (SBN 189987)
**ISAACS | FRIEDBERG LLP**
555 South Flower Street, Suite 4250
Los Angeles, California 90071
Phone:       (213) 929-5550
Facsimile:   (213) 955-5794
Email:     *jisaacs@ifcounsel.com*
           *jfriedberg@ifcounsel.com*
           *wwargo@ifcounsel.com*

*Attorneys for Plaintiffs Jack Doe and Jill Doe*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACK DOE AND JILL DOE,**<br><br>Plaintiffs,<br><br>vs.<br><br>**UNITED STATES OF AMERICA**, et al.<br><br>Defendants. | Case No. 2:21-cv-05695<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT DEZMOND BEVERLY (BY EMAIL BY AGREEMENT)**<br><br>Assigned to Hon. R. Gary Klausner<br><br>Complaint Filed:   July 14, 2021 |

1.  I, William A. Wargo, a member of the bar of this Court, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled case.

2.  Pursuant to the agreement of Joseph Gonzalez, Trial Attorney at United States Department of Justice, who is accepting service on behalf of Defendant Dezmond Beverly, I served a true copy of the following listed documents in the manner and on the party listed and described below:

**A.  List of Documents Served:**

(a) Complaint For: (1) Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g); (2) Damages Pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971); (3) Declaratory Relief; and (4) Order Requiring Disclosure of Supporting Affidavit and Inventory (Dkt. No. 1);

(b) Summons Issued (60 Days) — Dezmond Beverly (Dkt. No. 27);

**B.  Manner of Service**.  Pursuant to agreement with Joseph Gonzalez, Trial Attorney at United States Department of Justice, who is accepting service on behalf of Defendant Dezmond Beverly, I personally served the documents listed in paragraph 2.A. via EMAIL on Mr. Gonzalez at his email address of Joseph.A.Gonzalez@usdoj.gov.

**C.  Party Served:**  DEZMOND BEVERLY– the documents listed in paragraph 2.A. above date indicated above and addressed as follows:

DEZMOND BEVERLY (Individual Capacity)
c/o Joseph A. Gonzalez, Trial Attorney
Constitutional & Specialized Torts Litigation, Civil Division
U.S. Department of Justice
Joseph.A.Gonzalez@usdoj.gov

I declare under penalty of perjury under the laws of the State of California and the laws of the United States that the foregoing is true and correct. Executed on October 25, 2021, at Los Angeles, California.

/s/ *William A. Wargo*
William A. Wargo

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT DEZMOND BEVERLY (BY EMAIL BY AGREEMENT)**

494467.1