Jeffrey B. Isaacs (SBN 117104)
Jerome H. Friedberg (SBN 125663)
William Wargo (SBN 189987)
ISAACS | FRIEDBERG LLP
555 South Flower Street, Suite 4250
Los Angeles, California 90071
Phone:      (213) 929-5550
Facsimile:     (213) 955-5794
Email:    jisaacs@ifcounsel.com
          jfriedberg@ifcounsel.com
          wwargo@ifcounsel.com

Attorneys for Plaintiffs JACK DOE AND JILL DOE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JACK DOE AND JILL JOE,<br><br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>　　　　Defendants. | Case No. 2:21-cv-05695-RGK-MAR<br><br>**DEFENDANTS AND PLAINTIFFS' STIPULATION TO FILE A FIRST AMENDED COMPLAINT; FIRST AMENDED COMPLAINT ATTACHED AS EXHIBIT A; [PROPOSED] ORDER LODGED UNDER SEPARATE COVER** |

　　　Plaintiffs Jack Doe and Jill Doe ("**Plaintiffs**") and defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity only, and defendant Kristi Koons Johnson in her individual capacity (collectively "**Defendants**"), hereby stipulate and agree, by their respective counsel, as follows:

　　　Plaintiff filed a complaint on July 14, 2021 (docket no. 1). The parties then filed a stipulation for an extension, to extend the due date for Defendants to respond to the Complaint to October 25, 2021 (docket no. 22)(the "**Stipulation**").

496312.1

Since the parties filed the Stipulation there have been material factual developments that necessitate Plaintiffs to amend the allegations of their Complaint. Specifically, Defendant United States has stated that it will return all of Plaintiffs' property seized from United States Private Vaults, Inc. but as of the date of this stipulation all of that property has not been returned. Further, it would be more efficient for Plaintiffs to file a First Amended Complaint ("**FAC**") by consent, rather than waiting to file the FAC as of right after Defendants file motions to dismiss. The FAC is attached hereto as Exhibit A. Additionally, the parties have agreed upon a brief (14 day) extension of time for Defendants to file their response to the FAC in the hope that this action may be resolved before Defendants need to file a response or conduct the Local Rule Conference of Counsel that must precede the filing of the response. The proposed due dates are as follows:

<u>First Amended Complaint</u>                October 25, 2021

<u>Defendants Date to Respond to the FAC</u>   November 22, 2021

Accordingly, the parties respectfully request the Court to enter the proposed order, attached hereto, permitting Plaintiff to file a First Amended Complaint and setting a date for Defendants to respond to the FAC.

Dated: October 25, 2021          Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

                /s/
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

496312.1

|   |   |   |
|---|---|---|
|   |   | Attorneys for Defendants<br>UNITED STATES OF AMERICA and<br>TRACY L. WILKISON and KRISTI KOONS JOHNSON IN THEIR OFFICIAL CAPACITY ONLY |
| Dated: October 25, 2021 |   | BRIAN M. BOYNTON<br>Acting Assistant Attorney General,<br>Civil Division |
|   |   | C. SALVATORE D'ALESSIO, JR.<br>Acting Director, Torts Branch, Civil Division |
|   |   | RICHARD MONTAGUE<br>Senior Trial Counsel, Torts Branch, Civil Division |
|   |   | _____/s/_____<br>JOSEPH A. GONZALEZ<br>Trial Attorney, Torts Branch, Civil Division<br>U.S. DEPARTMENT OF JUSTICE<br>Ben Franklin Station<br>P.O. Box 7146<br>Washington, D.C. 20044-714<br>(202) 598-3888 (phone)<br>(202) 616-4314 (fax)<br>joseph.a.gonzalez&usdoj.gov |
|   |   | Attorneys for Defendant<br>KRISTI KOONS JOHNSON, in her individual capacity |
| Dated: October 25, 2021 |   | ISSACS FRIEDBERG LLP |
|   |   | _____/s/_____<br>JEFFREY ISSACS<br>WILLIAM WARGO |
|   |   | Attorneys for Plaintiffs<br>JACK DOE and JILL DOE |

496312.1