UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JACK DOE AND JILL DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>    Defendants. | Case No. 2:21-cv-05695-RGK-MAR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE A FIRST AMENDED COMPLAINT AND SETTING DATE FOR DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT** |

    Pursuant to the stipulation between plaintiff Louis Loe and defendants United States of America and Tracy L. Wilkison, Kristi Koons Johnson in their official capacity only (collectively, "Defendant USA"), and defendant Kristi Koons Johnson in her individual capacity (collectively "Defendants") (the "Stipulation"), and good cause appearing therefor, IT IS HEREBY

1

496348.1

ORDERED that Plaintiffs are granted leave to file the First Amended Complaint attached as Exhibit A to the Stipulation, and Defendants shall respond to the First Amended Complaint on or before November 22, 2021.

Dated: _____    _____
                                THE HONORABLE R. GARY KLAUSNER
                                UNITED STATES DISTRICT JUDGE

Presented By:
Jeffrey B. Isaacs (SBN 117104)
Jerome H. Friedberg (SBN 125663)
William Wargo (SBN 189987)
ISAACS | FRIEDBERG LLP

_____/s/_____
Jeffrey B. Isaacs
Jerome H. Frieberg
William Wargo
ISAACS | FRIEDBERG LLP
Attorneys for Plaintiffs *JACK DOE and JILL DOE*