Jeffrey B. Isaacs (SBN 117104)
Jerome H. Friedberg (SBN 125663)
William Wargo (SBN 189987)
**ISAACS | FRIEDBERG LLP**
555 South Flower Street, Suite 4250
Los Angeles, California 90071
Phone:      (213) 929-5550
Facsimile:   (213) 955-5794
Email:     *jisaacs@ifcounsel.com*
             *jfriedberg@ifcounsel.com*
             *wwargo@ifcounsel.com*

*Attorneys for Plaintiffs Jack Doe and Jill Doe*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACK DOE AND JILL DOE**<br><br>       Plaintiffs,<br><br>    vs.<br><br>**UNITED STATES OF AMERICA;**<br>**TRACY L. WILKISON,**<br>   in her official capacity only;<br>**KRISTI KOONS JOHNSON,**<br>   in her official and individual<br>   capacities;<br>**JUSTIN PALMERTON,**<br>   in his individual capacity only;<br>**KATHRYN E. BAILEY DRESS,**<br>   in her individual capacity only;<br>**DEZMOND BEVERLY,**<br>   in his individual capacity only;<br>**JESSIE MURRAY,**<br>   in her individual capacity only;<br>**LYNNE K. ZELLHART,**<br>   in her individual capacity only<br>   and<br>**DOE UNIDENTIFIED FEDERAL**<br>**LAW ENFORCEMENT AGENTS**<br>**1-10,**<br>   in their individual capacities,<br><br>       Defendants. | Case No. 2:21-cv-05695-RGK-MAR<br><br>Hon. R. Gary Klausner<br>Magistrate Judge Margo A. Rocconi<br><br>**JOINT STIPULATION TO DISMISS**<br>**THE CASE WITH PREJUDICE**<br>**PURSUANT TO RULE 41(a)(1)(A)(ii)** |

1

## STIPULATION TO DISMISS THE CASE WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Jack Doe and Jill Doe and Defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity and Defendant Kristi Koons Johnson in her individual capacity hereby dismiss this action with prejudice. All parties are to bear their own costs, expenses, and attorneys' fees.

Respectfully Submitted,

DATED:  November 22, 2021        **ISAACS | FRIEDBERG LLP**

*/s/ Jeffrey B. Isaacs*
Jeffrey B. Isaacs, Esq.
Jerome H. Friedberg, Esq.
William Wargo, Esq.

*Attorneys for Plaintiff Jack Doe and Jill Doe*

DATED: November 22, 2021        **TRACY L. WIKISON, ACTING UNITED STATES ATTORNEY,**
**SCOTT M. GARRINGER, ASSISTANT UNITED STATES CHIEF, CRIMINAL DIVISION**

*/s/ Victor A. Rodgers*
Victor A. Rodgers, Esq.

*Attorneys for Defendants United States of America, Tracy L. Wilkinson and Kristi Koons Johnson, in their official capacities*

/ /
/ /
/ /
/ /
/ /

1  DATED: November 22, 2021        BRIAN M. BOYNTON
2                                  Acting Assistant Attorney General,
                                   Civil Division
3

4                                  C. SALVATORE D'ALESSIO, JR.
                                   Acting Director, Torts Branch, Civil
5                                  Division

6
                                   RICHARD MONTAGUE
7                                  Senior Trial Counsel, Torts Branch,
                                   Civil Division
8

9                                   /s/ *Joseph A. Gonzalez*
10                                 JOSEPH A. GONZALEZ
                                   Trial Attorney, Torts Branch, Civil Division
11                                 U.S. DEPARTMENT OF JUSTICE
                                   Ben Franklin Station
12                                 P.O. Box 7146
                                   Washington, D.C. 20044-714
13                                 (202) 598-3888 (phone)
14                                 (202) 616-4314 (fax)
                                   joseph.a.gonzalez&usdoj.gov
15

16
                                   *Attorneys for Defendant Kristi Koons*
17                                 *Johnson, in her individual capacity*

18

19

20

21

22

23

24

25

26

27

28

3

**JOINT STIPULATION TO DISMISS THE CASE WITH PREJUDICE**