# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS6**

## CIVIL MINUTES -REOPENING/CLOSING

Case No. __2:21-cv-05695-RGK-MARx__    Date __June 30, 2023__

Title: __Jack Doe et al v. United States of America et al__

Present: The Honorable __R. Gary Klausner, U.S. District Judge__

| Joseph Remigio | Not recorded |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

Not present                                           Not present

Proceedings:   ☐ In Court     ☒ In Chambers     ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated __11/22/2021 [38]__.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer _____